**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 25 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF A SEARCH OF: | ) |
| | ) Case No. 3:17mj-00049 |
| INFORMATION ASSOCIATED WITH | ) |
| FACEBOOK USER ID | ) **UNDER SEAL** |
| JAMES.FIELDS.9279 THAT IS STORED | ) |
| AT PREMISES CONTROLLED BY | ) |
| FACEBOOK, INC. | ) |

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID. **james.fields.9279**, Display name: **Conscious Ovies Aries**, that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.